PD-0144-15

PD-0144-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/6/2015 12:43:25 PM
Accepted 2/6/2015 3:54:16 PM
ABEL ACOSTA
CLERK

**No. _____**

## In The

# Court OF Criminal Appeals

*Michael Tucker*, Appellant

v.

*The State of Texas*, Appellee

## Motion For Extension of Time

Petitioner, Michael Tucker, moves for additional time to file his Petition for Discretionary Review (PDR) pursuant to Texas Rules of Appellate Procedure 68.2(c) and 10.5(b).

1. Petitioner's appeal was reviewed by the Fourth Court of Appeals and was assigned Cause Number 04-12-00602-CR. The court affirmed the trial court's judgment on October 8, 2014, with Justice Alvarez dissenting. Petitioner filed a Motion for Rehearing on November 7, 2014, which was denied on November 19, 2014. Petitioner then filed a Motion for Rehearing En Banc on December 4, 2014, which was denied on January 8, 2015.

2. Petitioner requests this extension based on the following reasons:

   A. Petitioner's attorney participated in a complex trial in the Kendall County Court at Law, *Austin Helmle and Harriet Marmon Helmle v. Thomas A. Laurin, individually, Thomas A. Laurin Companies, Elegant Country Homes, and Elegant Country Homes, Inc.* No. 09-315CCL. The trial concluded on January 14, 2015, but petitioner's attorney filed a Motion for Judgment n.o.v., which was heard on February 2, 2015.

   B. Petitioner's attorney prepared for a hearing on February 3, 2015 that required travel to Houston, Texas, *Ray Afshang v. ILMC d/b/a Keller Williams Realty, Bruce Allen Kink, and Karishma Vikram Asrani,* No. CV12CO137646.

   C. Petitioner's attorney responded to discovery due on January 20, 2015 in *Daniel Funke v. Deutsche Bank National Trust Co., as Indenture Trustee of the Aames Mortgage Investment Trust 2005-1,* No. 5:14-cv-307 in the United States District Court for the Western District of Texas, San Antonio Division.

   D. Petitioner's attorney is currently working on a supplemental response to a motion for summary judgment filed in *Kent Karstädt v. Betty Gay Kennedy, Janice Gay Windham, and Pamela Ruth Colvin.*

Petitioner's attorney was hired to assist Mr. Karstädt's trial counsel to respond to, and possibly appeal, the motion for summary judgment filed by the defendants in that case. This required petitioner's attorney to familiarize himself with a case in which significant discovery had already been conducted, in addition to the work performed on readying a supplemental response.

3. This is the first extension of time to file the Petition for Discretionary Review. It is unopposed. Petitioner prays that this Court extend the time for filing the PDR to thirty days from the date an order is entered on this motion. The current deadline for filing the petition is February 9, 2015. This extension of time is not sought for the purposes of delay, but so that petitioner's attorney may effectively represent petitioner before this Court.

## PRAYER

Petitioner prays that this Court extend the deadline for filing his petition for discretionary review by thirty days from the date an order is entered on this motion or to March 11, 2015, whichever date is later. Petitioner prays for any additional relief to which he is entitled.

Respectfully submitted,

ROGERS & MOORE, PLLC

Ross S. Elliott
State Bar No. 24080685
309 Water St., Suite 114
Boerne, TX 78006
(830) 816-5487
Fax: (866) 786-4777

Attorney for Petitioner

## CERTIFICATE OF SERVICE

A copy of this document has been served on the following persons in accordance with the Texas Rules of Civil Procedure, on the 6th day of February, 2015.


Marc Ledet
Atascosa County District Attorney's Office
1327 3rd Street
Floresville, TX 78114
Fax: (830) 393-2205

_____
Ross S. Elliott